Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| LEVI LOLLIS, JR., et al., ) | CASE NO. 3:23-CV-00252 |
| Plaintiffs, ) | JUDGE JAMES R. KNEPP, II |
| v. ) | |
| LIMA REFINING COMPANY, et al. ) | JOINT NOTICE OF DISMISSAL WITH PREJUDICE |
| Defendants. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs David Cook, Rolando Rodriguez and Levi Lollis, Jr. and Defendant Lima Refining Company (collectively the "Parties"), submit this joint notice of dismissal *with prejudice* of all claims in this matter. The Parties have entered into a confidential settlement agreement (the "Settlement Agreement") resolving all claims and counterclaims in this matter. The Parties have agreed that the Court retains continuing jurisdiction to enforce the terms of the Settlement Agreement.

Respectfully submitted,

*/s/ M. Paul Skrabanek*
_____
Paul Skrabanek, TX Bar No. 24063005
PIERCE SKRABANEK, PLLC
Admitted Pro Hac Vice
24 Greenway Plaza, Ste. 500
Houston, TX 77046
Phone: (832) 690-7000
Fax: (832) 616-5576
paul@pstriallaw.com

*/s/ Patrick J. Gump*
_____
Patrick J. Gump (0085832)
McNeal Schick Archibald & Biro Co., LPA
4608 St. Clair Avenue
Cleveland, Ohio 44103
T: 216-621-9870  F: 216-522-1112
E-mail: pgump@msablaw.com

*Attorney for Defendant Lima Refining Co.*

*/s/ Jami S. Oliver*
_____
Jami S. Oliver (0061738)
OLIVER LAW OFFICE
7240 Muirfield Drive, Ste. 120
Dublin, OH 43017
Phone: (614) 220-9100
Fax: (866) 318-4580
joliver@oliverattorneys.com

*Attorneys for Plaintiffs Lollis, Cook, and Rodriguez*